■ Russell Baker, Appellant, v Lofink Motor Co., Inc., Respondent. [26 NYS3d 900]—Appeal from an order of the

Supreme Court, Jefferson County (James P. McClusky, J.), entered November 24, 2014. The order, among other things, granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Carni, J.P., Lindley, DeJoseph, Nemoyer and Troutman, JJ.